# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LAURA JOHNSON,**

    **Plaintiff,**

**v.**           Case No:   **5:14-cv-251-Oc-22PRL**

**NDS USA, LLC and DIGVIJAY GAEKWAD,**

    **Defendants.**

## ORDER

This cause is before the Court on the Amended Joint Motion for Approval of Settlement (Doc. No. 26) filed on February 5, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 10, 2015 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement is hereby GRANTED. The Court finds the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on March 2, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties